## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KENNETH BARNES )
)
Plaintiff, )
)
vs. )        Case No. 06-cv-01501-PLF
)
)
CONNECTICUT GENERAL LIFE )
INSURANCE COMPANY, et al. )
)
Defendants. )

TO:    Jason H. Ehrenberg

I acknowledge receipt of your request that I waive service of a summons in the action of *Barnes v. Connecticut General Life Insurance Company, et al.*, which is case number 06-cv-01501-PLF in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after September 12, 2006.

CONNECTICUT GENERAL LIFE INS. CO.

Date: 9/26/2006

Signature

KATHLEEN K. TICE
Printed/Typed Name
Title: COUNSEL