**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH BARNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cv-01501-PLF |
| ) | |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT MEET AND CONFER REPORT**

Plaintiff Kenneth Barnes and Defendants Connecticut General Life Insurance Company, CIGNA Group Insurance, and CIGNA Disability Management Solutions (collectively, "Defendant"), through counsel and pursuant to the Court's December 4, 2006 Order, hereby submit their joint meet and confer report.

1. No dispositive motions have been filed. The parties intend to file cross-motions for summary judgment in this matter. Defendants believe that this case may resolved by summary judgment.

2. No other parties are expected to be joined. Plaintiff may amend pleadings on or before January 1, 2006 to include newly discovered evidence. Some of the factual and/or legal issues can be agreed on or narrowed.

3. The parties do not consent to assigning this case to a magistrate judge.

4. There may be a realistic possibility of settling of the case.

5. After considering the matters in LCvR 16.3(c)(5)(i)-(v), the parties believe ADR would not be useful at the present time. Additional time is needed to investigate and

249611.1

evaluate this case. If, in the future, the parties believe ADR would be useful, they will advise the Court and arrange for mediation.

6. Defendant contend*s* this ERISA-regulated benefits action may be resolved by summary judgment and ***they*** intend to file such a motion. In contrast, Plaintiff believes that he is entitled to limited discovery in this action, and therefore, this matter is not necessarily a candidate for resolution on dispositive motions.

7. Defendant contends that Rule 26(a)(1) disclosures are not appropriate in this case because the Court's review should be limited to the administrative record. Plaintiff contends that Rule 26(a)(1) disclosures are appropriate.

8. Plaintiff intends to propound limited discovery to Defendant. Defendant objects to the conduct of discovery, as it is Defendant's position that this matter is governed by ERISA and limited to the administrative record, thus precluding additional discovery.

9. Defendant contends that the use of expert witnesses, beyond what is contained in the administrative record in connection with Defendant's handing of this claim, is not appropriate because the *C*ourt's review is limited to the administrative record. Although Plaintiff disagrees with Defendant's position, Plaintiff does not expect that expert witnesses will be necessary.

10. Not applicable.

11. The parties agree that bifurcation of this action is not appropriate.

12-13. The parties believe that dates for a final pretrial conference or trial should be deferred until after such time as motion(s) for summary judgment are decided.

Dated: December 18, 2006

249611.1

Respectfully submitted,


  //s// *Jason H. Ehrenberg*
Jason H. Ehrenberg, Esquire
D. C. Bar No. 469077
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 465-4729
Facsimile: (202) 318-7071
E-mail: jhe@becounsel.com

*Counsel to Plaintiff*


  //s// *David A. Seltzer*
David A. Seltzer
D.C. Bar No. 437436
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
E-mail:  david.seltzer@wilsonelser.com

*Counsel to Defendants*

249611.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH BARNES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CONNECTICUT GENERAL LIFE )<br>INSURANCE COMPANY, et al. )<br>)<br>Defendants. ) | Case No. 06-cv-01501-PLF |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

UPON CONSIDERATION of the Joint Meet and Confer Report filed by the parties hereto, and the Proposed Scheduling Orders submitted by plaintiff and defendants, it is this ____ day of _____, 2006, HEREBY ORDERED that the following Scheduling Order shall apply to this matter:

| | |
|---|---|
| Service of Rule 26(a)(1) Initial Disclosures: | January 15, 2007 |
| Amendments to pleadings and joinder of parties: | January 15, 2007 |
| Court-sponsored ADR: | February 15, 2007 |
| Close of discovery, including depositions: | March 15, 2007 |
| Any Motions for Summary Judgment: | April 13, 2007 |
| Responses to Motion for Summary Judgment: | May 4, 2007 |
| Replies to Responses to Motions for Summary Judgment: | May 25, 2007 |
| Status Conference:<br>To be set following submission/disposition of motions for summary judgment | |

249611.1

                _____
                The Honorable Paul L. Friedman
                United States District Court for the District of Columbia

Copies to:

Jason H. Ehrenberg, Esquire
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036

David A. Seltzer, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street, N.W., Suite 500
Washington, D.C. 20005

249611.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH BARNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cv-01501-PLF |
| ) | |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' PROPOSED SCHEDULING ORDER**

UPON CONSIDERATION of the Joint Meet and Confer Report filed by the parties hereto, and the Proposed Scheduling Orders submitted by plaintiff and defendants, it is this ____ day of _____, 2006, HEREBY ORDERED that the following Scheduling Order shall apply to this matter:

| | |
|---|---|
| Amendments to pleadings and joinder of parties: | January 1, 2007 |
| Initial Disclosures: | January 15, 2007 |
| Court-sponsored ADR: | February 15, 2007 |
| Plaintiff's Motion for Summary Judgment: | March 15, 2007 |
| Defendants' Response to Plaintiff's Motion for Summary Judgment/Cross- Motion for Summary Judgment: | April 13, 2007 |
| Plaintiff's Reply to Defendants' Response/ Response to Cross-Motion for Summary Judgment | May 4, 2007 |
| Defendants' Reply to Plaintiff's Response to Cross-Motion For Summary Judgment | May 25, 2007 |

Status Conference:
To be set following submission/disposition of motions for summary judgment

                                _____
                                The Honorable Paul L. Friedman
                                United States District Court for the District of Columbia

Copies to:

Jason H. Ehrenberg, Esquire
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036

David A. Seltzer, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street, N.W., Suite 500
Washington, D.C. 20005

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 18th day of December 2006, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

David A. Seltzer
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, NW, Suite 500
Washington, DC 20005

//s// *Jason H. Ehrenberg*
_____
Jason H. Ehrenberg