UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH BARNES, )<br>　　　　　　Plaintiff, )<br>　　v. )<br>CONNECTICUT GENERAL LIFE )<br>　　INSURANCE COMPANY, *et al.*, )<br>　　　　　　Defendants. ) | Civil Action No. 06-1501 (PLF) |

SCHEDULING ORDER

The parties appeared for a meet and confer status conference on January 9, 2007. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

　　1.　　Disclosure of the administrative record and other basic documents (as discussed at the meet and confer status conference) shall be made by the defendants by January 31, 2007. The administrative record should also be filed with the Court.

　　2.　　Plaintiff shall serve any other discovery requests on the defendants by January 31, 2007.

　　3.　　If necessary, defendants shall file a motion for a protective order on or before March 2, 2007. Plaintiff shall file a response on or before March 16, 2007. Defendants may reply on or before March 23, 2007. Alternatively, the parties shall file a joint report with the Court on or before March 23, 2007 setting forth a briefing schedule for dispositive motions.

　　4.　　Counsel are required to confer in good faith in an effort to resolve all

discovery disputes before bringing the dispute to the Court, other than that which is contemplated by this Order. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel, other than that which is contemplated by this Order.

      5.      Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

      6.      Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 11, 2007