**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH BARNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cv-01501-PLF |
| ) | |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CONNECTICUT GENRAL LIFE INSURANCE COMPANY'S**
**NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD**

COMES NOW the Defendant, Connecticut General Life Insurance Company, and hereby submits the attached as the Administrative Record in this case. Due to the large volume of the filing, and pursuant to directions from the Clerk's office, the Administrative Record will be sent to the Court under separate cover and will be separately served upon counsel.

                              WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                              By:     /s/ David A. Seltzer
                              David A. Seltzer (D.C. Bar No. 437436)
                              1341 G Street, N.W., Suite 500
                              Washington, DC 20005
                              Telephone:    (202) 626-7660
                              Facsimile:    (202) 626-3606
                              E-mail: david.seltzer@wilsonelser.com
                              *Attorneys for Defendant*
                              *Prudential Insurance Company of America*

253510.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served, via electronic filing on this 9th day of February 2007, to:

Jason H. Ehrenberg, Esquire
D. C. Bar No. 469077
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 465-4729
Facsimile: (202) 318-7071
E-mail: jhe@becounsel.com
*Attorney for Plaintiff*

/s/ David A. Seltzer
David A. Seltzer

253510.1