**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH BARNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cv-01501-PLF |
| ) | |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff Kenneth Barnes and Defendants Connecticut General Life Insurance Company, CIGNA Group Insurance, and CIGNA Disability Management Solutions, through counsel and pursuant to the Court's January 9, 2007 Minute Order, hereby submit their joint status report.

1.  The parties are working together to complete discovery in this matter and propose a discovery deadline of May 18, 2007. The parties do not, at this time, anticipate needing to file any discovery motions.

2.  The parties propose that any motions for summary judgment be filed on or before June 1, 2007, with oppositions due on or before June 22, 2007 and any replies due on or before July 6, 2007.

3.  The parties propose that a status conference be held following the submission and disposition of motions for summary judgment.

1

Dated: March 23, 2007

Respectfully submitted,

  //s// *Jason H. Ehrenberg*
Jason H. Ehrenberg, Esquire
D. C. Bar No. 469077
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 465-4729
Facsimile: (202) 318-7071
E-mail: jhe@becounsel.com

*Counsel to Plaintiff*

  //s// *David A. Seltzer*
David A. Seltzer
D.C. Bar No. 437436
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
E-mail:  david.seltzer@wilsonelser.com

*Counsel to Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH BARNES            ) | |
|         Plaintiff,            ) | |
|     vs.            ) | Case No. 06-cv-01501-PLF |
|                     ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, et al.  ) | |
|         Defendants.   ) | |

**PROPOSED SCHEDULING ORDER**

UPON CONSIDERATION of the Joint Status Report filed by the parties hereto, and the Proposed Scheduling Orders submitted by plaintiff and defendants, it is this ____ day of _____, 2007, HEREBY ORDERED that the following Scheduling Order shall apply to this matter:

| | |
|---|---|
| Close of discovery, including depositions: | May 18, 2007 |
| Motions for Summary Judgment: | June 1, 2007 |
| Responses to Motion for Summary Judgment: | June 22, 2007 |
| Replies to Responses to Motions for Summary Judgment: | July 6, 2007 |

Status Conference:
To be set following submission/disposition of motions for summary judgment

_____
The Honorable Paul L. Friedman
United States District Court for the District of Columbia

Copies to:

Jason H. Ehrenberg, Esquire
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036

David A. Seltzer, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street, N.W., Suite 500
Washington, D.C. 20005

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 23rd day of March 2007, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

David A. Seltzer
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, NW, Suite 500
Washington, DC 20005

//s// *Jason H. Ehrenberg*
_____
Jason H. Ehrenberg