IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH BARNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cv-01501-PLF |
| ) | |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT

Plaintiff Kenneth Barnes ("Plaintiff") and Defendants Connecticut General Life Insurance Company, CIGNA Group Insurance, and CIGNA Disability Management Solutions (collectively, "Defendant"), through counsel and pursuant to the Court's June 8, 2007 Minute Order, hereby submit their joint report:

1. On June 8, 2007, the Court issued a Minute Order in which the Court noted that the deadline for motions for summary judgment have passed and that no motions for summary judgment have been filed. The Court ordered the parties to file a joint report with the Court within 7 days stating whether they would like to be referred to a magistrate judge for settlement discussions, or to a Court-appointed mediator, or proposing a date for a conference to discuss trial dates, and other pretrial and trial matters.

2. The parties propose that the Court determine a date that is convenient for the Court to hold a conference to discuss trial dates and other pretrial and trial matters. Plaintiff would respectfully request that this conference be held on or before July 27, 2007 (excepting the week of July 23, 2007, as defense counsel will be out of town).

3. Defendants assert that due to delays in the exchange of written discovery between the parties, the summary judgment motion deadline passed without any having been filed. Defendants request an extension of time up through and including August 1, 2007 to file a motion for summary judgment. Plaintiff opposes this request for additional time and requests that no extension be granted, as it is Plaintiff's position that the parties have had ample time to complete discovery (indeed, at the parties' request, the Court previously extended the discovery and dispositive deadlines motions).

4. The parties consent to this matter being referred to a magistrate judge for settlement discussions or a settlement conference. The parties respectfully request that any such settlement discussions or settlement conference run concurrently with the parties' pretrial preparations and do not serve to delay this case from proceedings towards trial.

Dated:  June 15, 2007


Respectfully submitted,


  //s// *Jason H. Ehrenberg*
Jason H. Ehrenberg, Esquire
D. C. Bar No. 469077
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 465-4729
Facsimile: (202) 318-7071
E-mail: jhe@becounsel.com
*Counsel to Plaintiff*


  //s// *David A. Seltzer*
David A. Seltzer
D.C. Bar No. 437436
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
E-mail:  david.seltzer@wilsonelser.com
*Counsel to Defendants*

## **CERTIFICATE OF SERVICE**

I, Jason H. Ehrenberg, hereby certify that on this 15th day of June 2007, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

David A. Seltzer
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, NW, Suite 500
Washington, DC 20005

//s// *Jason H. Ehrenberg*
_____
Jason H. Ehrenberg