UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KENNETH BARNES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1501 (PLF) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al.*, | ) | |
| Defendants. | ) | |

ORDER OF REFERRAL

This matter came before the Court for a status conference on July 3, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Kay for settlement discussions, beginning immediately; discussions shall conclude on or before August 31, 2007. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 3, 2007