IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH BARNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cv-01501-PLF |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY *et al.* ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**
**[FED. R. CIV. P. 41(a)(1)(ii)]**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii) and the United States Supreme Court's decision in *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), Plaintiff Kenneth Barnes and Defendants Connecticut General Life Insurance Company, CIGNA Group Insurance, and CIGNA Disability Management Solutions (collectively, "Defendants") hereby agree and stipulate that this action shall be dismissed with prejudice. The confidential FULL RELEASE AND INDEMNITY AGREEMENT, executed by Plaintiff on August 15, 2007, and Defendants on August 20, 2007, is incorporated herein by reference. The Court shall retain jurisdiction over Case Number 06-cv-01501-PLF to enforce the terms and conditions of the confidential FULL RELEASE AND INDEMNITY AGREEMENT.

IT IS SO ORDERED.

Dated: August __, 2007

_____
Hon. Paul L. Freedman
Judge of the District Court for the
District of Columbia

**IT IS STIPULATED AND AGREED.**

Dated:  August 20, 2007

  //s// *Jason H. Ehrenberg*
Jason H. Ehrenberg, Esquire
D. C. Bar No. 469077
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 465-4729
Facsimile: (202) 318-7071
E-mail: jhe@becounsel.com

*Counsel to Plaintiff*

  //s// *David A. Seltzer*
David A. Seltzer
D.C. Bar No. 437436
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
E-mail:  david.seltzer@wilsonelser.com

*Counsel to Defendants*

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 20th day of August 2007, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

David A. Seltzer
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, NW, Suite 500
Washington, DC 20005

//s// *Jason H. Ehrenberg*
_____
Jason H. Ehrenberg